# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT G. SILVESTRE,<br><br>        Plaintiff(s),<br><br>vs.<br><br>MTC FINANCIAL, INC., et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-01385-RFB-NJK<br><br>ORDER<br><br>(Docket No. 30) |

Pending before the Court is Defendants' proposed joint scheduling order, filed on November 24, 2014. Docket No. 30. Pursuant to the Local Rule 26-1(d), "[c]ounsel for plaintiff shall initiate the scheduling of the Fed. R. Civ. P. 26(f) meeting within thirty (30) days after the first defendant answers or otherwise appears." The stipulated discovery plan is due 14 days thereafter. *See* Local Rule 26-1(d). In the pending proposed joint scheduling order, Defendants represent that they attempted to confer with *pro se* Plaintiff Albert G. Silvestre, but that Plaintiff failed to respond. Docket No. 30, at 1. Accordingly, the proposed order (Docket No. 30) is **DENIED** without prejudice and the parties are **ORDERED** to have a Fed. R. Civ. P. 26(f) meeting and submit a stipulated discovery plan no later than December 22, 2014. The Court further **ORDERS** Plaintiff to make himself available for the Fed. R. Civ. P. 26(f) meeting. The Court expects strict compliance with all Court orders, as well as the Local Rules. The Court cautions Plaintiff that failure to do so may result in sanctions pursuant to Federal Rule 16(f) and Local Rule IA 4–1.

DATED: November 25, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge