# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT G. SILVESTRE, <br><br> Plaintiff(s), <br><br> vs. <br><br> MTC FINANCIAL, INC., et al., <br><br> Defendant(s). | Case No. 2:14-cv-01385-RFB-NJK <br><br> ORDER DISCHARGING <br> ORDER TO SHOW CAUSE <br><br> (Docket No. 32) |

Pending before the Court is an order for the parties to show cause why they should not be sanctioned for violating a Court order. Docket No. 32. The Court has now received responses from Plaintiff, Defendant MTC Financial, Inc., and Defendant Bank of America, N.A. Docket Nos. 33, 34, 35. Defendants represent that counsel for Defendant Bank of America, N.A. unsuccessfully attempted to meet with Plaintiff. Docket No. 34, at 3; Docket No. 33, at 4. Plaintiff, who is proceeding *pro se*, requests additional time to comply with the Court's prior order directing Plaintiff to make himself available for the Fed. R. Civ. P. 26(f) meeting. Accordingly, the order to show cause (Docket No. 32) is hereby **DISCHARGED**.

Additionally, the parties are **ORDERED** to have a Fed. R. Civ. P. 26(f) meeting and submit a stipulated discovery plan no later than February 12, 2015. The Court further **ORDERS** Plaintiff to make himself available for the Fed. R. Civ. P. 26(f) meeting. The Court expects strict compliance with all Court orders, as well as the Local Rules. The Court cautions Plaintiff that failure to do so may result in sanctions, up to and including case-dispositive sanctions, pursuant to Federal Rule 16(f) and Local Rule IA 4–1.

IT IS SO ORDERED.

DATED: January 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge