# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT G. SILVESTRE,<br><br>                Plaintiff(s),<br>vs.<br><br>MTC FINANCIAL, INC., et al.,<br><br>                Defendant(s). | Case No. 2:14-cv-01385-RFB-NJK<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Docket No. 38) |

Pending before the Court is an order for Plaintiff to show cause why he should not be sanctioned for violating Court orders.[1]  Docket No. 38.  The Court has now received a response from Plaintiff.  Docket No. 41.  Plaintiff, who is proceeding *pro se*, represents that he has been unsuccessful in his attempts to retain counsel.  *Id.*  Plaintiff's participation in this case, however, is not dependent on whether he retains an attorney.  The Court cautions Plaintiff that failure to participate in the case may result in sanctions, up to and including case-dispositive sanctions, pursuant to Federal Rule 16(f) and Local Rule IA 4–1.  Additionally, the Court expects strict compliance with all Court orders, as well as the Local Rules.  Accordingly, the order to show cause (Docket No. 38) is hereby **DISCHARGED**.

IT IS SO ORDERED.

DATED: March 10, 2015

                                                NANCY J. KOPPE
                                                United States Magistrate Judge

---

[1] The Court previously ordered Plaintiff to show cause why he should not be sanctioned for violating a Court order (Docket No. 32), which was discharged at Docket No. 36.